ROBERT E. CARTWRIGHT, JR. (CA SBN 104284)
BRETT A. BURLISON (CA SBN 231270)
The Cartwright Law Firm, Inc.
   222 Front Street, 5th Floor
   San Francisco, CA 94111
   Tel: 415-433-0444

*E-FILED 8/16/05*

Attorneys for Plaintiff

KEVIN V. RYAN (CA SBN 118321)
United States Attorney
JOANN M. SWANSON (CA SBN 88143)
Chief, Civil Division
Mark St. Angelo (CA SBN 74045)
Assistant United States Attorney
   150 Almaden Blvd., Suite 900
   San Jose, CA 95113-2009
   Telephone: 408-535-5087

Attorneys for Defendant

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| BROOKE McLAUGHLIN, | No. C-04-0960 RS |
| Plaintiff, | **STIPULATION TO WITHDRAW REFERRAL TO MEDIATION PURSUANT TO THE COURT'S ADR PROGRAM, AND [PROPOSED] ORDER** |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by and between the parties to this case, that the referral of this case to court-sponsored mediation may and should be withdrawn, with any future referral to ADR (private or court-sponsored) to be made only upon mutual request of the parties.

Respectfully submitted,

THE CARTWRIGHT LAW FIRM, INC.          KEVIN V. RYAN
                                                    United States Attorney

/s/ Brett Burlison                             /s/ Mark St. Angelo
Brett Burlison                                        Mark St. Angelo
Attorneys for Plaintiff                         Assistant United States Attorney

Dated:    8-16-05                           Dated:    16 Aug 05

1
2
**O R D E R**

3    PURSUANT TO STIPULATION, IT IS SO ORDERED.

4    The Clerk of the Court is hereby directed to withdraw the reference of this case, pursuant to ADR

5 L.R. 6., to court-sponsored mediation. The parties shall be free to request reassignment to mediation or

6 assignment to some other form of ADR at any time in the future.

7

8  Dated: 8/16/05             /s/ Richard Seeborg

9                              Hon. RICHARD SEEBORG
                               United States Magistrate Judge

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28