ROBERT E. CARTWRIGHT, JR. (CA SBN 104284)
BRETT A. BURLISON (CA SBN 231270)
The Cartwright Law Firm, Inc.
    222 Front Street, 5th Floor
    San Francisco, CA 94111                    *E-FILED 8/23/05*
    Tel:  415-433-0444

Attorneys for Plaintiff

KEVIN V. RYAN (CA SBN 118321)
United States Attorney
JOANN M. SWANSON (CA SBN 88143)
Chief, Civil Division
Mark St. Angelo (CA SBN 74045)
Assistant United States Attorney
    150 Almaden Blvd., Suite 900
    San Jose, CA 95113-2009
    Telephone:  408-535-5087

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| BROOKE McLAUGHLIN, | No. C-04-0960 RS |
| Plaintiff, | STIPULATION TO BIFURCATE TRIAL AND TO CONTINUE ALL DATES AND DEADLINES, AND [PROPOSED] ORDER |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by and between the parties, by and through their respective undersigned attorneys, as follows:

1.    Trial in this matter should be bifurcated, with an initial trial to be limited to the issue of liability and a later trial, if needed, to determine the amount of damages.

2.    All dates and deadlines in this case, including without limitation the deadlines for completion of discovery, the deadlines for expert witness disclosure, the deadlines filing of motions and for submission of pretrial papers, and the trial date, may and should be continued as set forth below.  To the extent that this would cause any court appearance to be scheduled for a date or time that the Court would not be available, the parties stipulate that the new date for the court appearance should be the

1  following week.

2  **Event**                                                                  **Date/Deadline**

3  Plaintiff's disclosure of experts in compliance with Rule 26(a)(2) . . . . . . . . . . . . February 1, 2006
   Defendant's disclosure of experts in compliance with Rule 26(a)(2) . . . . . . . . February 15, 2006
4  Completion of all (fact and expert) discovery . . . . . . . . . . . . . . . . . . . . . . . . . . March 31, 2006
   Deadline for hearing any dispositive motion . . . . . . . . . . . . . . . . . . . . . . . . . . March 29, 2006
5  Pretrial Statement Filing Deadline . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . April 3, 2006
   Pretrial Conference . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2:30 p.m., April12, 2006
6  Trial . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9:00 a.m., April 24, 2006

7       The parties jointly request this continuance due to unexpected difficulties encountered by the

8  plaintiff in arranging for the deposition of Philip Ratzsch, a witness who currently is incarcerated and has

9  been advised by counsel not to testify until certain conditions are satisfied.

10      With the exception of the changes in dates set forth above, the parties are not requesting that the

11 Court otherwise modify or change the Court's July 14, 2004 Case Management Scheduling Order.

12

13 Respectfully submitted,

14 THE CARTWRIGHT LAW FIRM, INC.                    KEVIN V. RYAN
                                                     United States Attorney
15

16
   /s/ Brett A. Burlison                            /s/ Mark St. Angelo
17 Brett A. Burlison                                Mark St. Angelo
                                                    Assistant United States Attorney
18
   Dated: _____8/23/05_____                       Dated: _____23 Aug 05_____
19

20

21

22

23

24

25

26

27

28

1

# O R D E R

2

3      PURSUANT TO STIPULATION, IT IS SO ORDERED.   With the exception of the changes in

4   dates, all provisions of this Court's Case Management Scheduling Order issued on July 14, 2004 shall

5   remain in effect.

6

7   Date: ___8/23/05_____          ___/s/ Richard Seeborg_____

8                                        Hon. RICHARD SEEBORG
                                         United States Magistrate Judge
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28