ROBERT E. CARTWRIGHT, JR. (CA SBN 104284)
The Cartwright Law Firm, Inc.
   222 Front Street, 5th Floor
   San Francisco, CA 94111
   Tel:  415-433-0444

*E-FILED 2/9/06*

Attorneys for Plaintiff

KEVIN V. RYAN (CA SBN 118321)
United States Attorney
JOANN M. SWANSON (CA SBN 88143)
Chief, Civil Division
CLAIRE T. CORMIER (CA SBN 154364)
Assistant United States Attorney
   150 Almaden Blvd., Suite 900
   San Jose, CA 95113-2009
   Telephone: 408-535-5082

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| BROOKE McLAUGHLIN, ) | **No. C-04-0960 RS** |
|    Plaintiff, ) | **STIPULATION TO CONTINUE ALL DATES AND DEADLINES, AND [~~PROPOSED~~] ORDER** |
| v. ) | AS MODIFIED BY THE COURT |
| UNITED STATES OF AMERICA, ) | |
|    Defendant. ) | |

   IT IS HEREBY STIPULATED AND AGREED by and between the parties, by and through their respective undersigned attorneys, as follows:

   1.  All dates and deadlines in this case, including without limitation the deadlines for completion of discovery, the deadlines for expert witness disclosure, the deadlines filing of motions and for submission of pretrial papers, and the trial date, may and should be continued as set forth below.  To the extent that this would cause any court appearance to be scheduled for a date or time that the Court would not be available, the parties stipulate that the new date for the court appearance should be the following week.

//

//

| **Event** | **Date/Deadline** |
|---|---|
| Plaintiff's disclosure of experts in compliance with Rule 26(a)(2) | June 9, 2006 |
| Defendant's disclosure of experts in compliance with Rule 26(a)(2) | June 23, 2006 |
| Completion of all (fact and expert) discovery | August 4, 2006 |
| Deadline for hearing any dispositive motion | October 4, 2006 |
| Pretrial Statement Filing Deadline | October 16, 2006 |
| Pretrial Conference | 2:30 p.m., October 25, 2006 |
| Trial | 9:00 a.m., November 6, 2006 |

The parties jointly request this continuance due to continued difficulties encountered by the plaintiff in arranging for the deposition of Philip Ratzsch, a witness who counsel believe currently is incarcerated and has been advised by counsel not to testify until certain conditions are satisfied. The parties may need to negotiate some form of immunity relating to Ratzsch in order to obtain his testimony.

In addition, both parties have recently lost counsel. Brett Burlison, who previously represented plaintiff, has left the Cartwright Law Firm and Gary Loftis has recently joined Mr. Cartwright as counsel for plaintiff. Mark St. Angelo, who previously represented defendant, has left the U.S. Attorney's Office and Claire Cormier is taking over the case on behalf of the defendant.

With the exception of the previous order of bifurcation and the changes in dates set forth above, the parties are not requesting that the Court otherwise modify or change the Court's July 14, 2004 Case Management Scheduling Order.

Respectfully submitted,

| THE CARTWRIGHT LAW FIRM, INC. | KEVIN V. RYAN |
| | United States Attorney |
| | |
| /s/ Robert E. Cartwright, Jr. | /s/ Claire T. Cormier |
| Robert E. Cartwright, Jr. | Claire T. Cormier |
| | Assistant United States Attorney |
| Dated: February 8, 2006 | Dated: February 9, 2006 |

1
2
**O R D E R**

3
4
PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, IT IS SO ORDERED AS MODIFIED.

5
6  Date: 2/9/06

_____
Hon. RICHARD SEEBORG
United States Magistrate Judge