| | |
|---|---|
| ROBERT E. CARTWRIGHT, JR. (CA SBN 104284)<br>The Cartwright Law Firm, Inc.<br>222 Front Street, 5th Floor<br>San Francisco, CA 94111<br>Tel: 415-433-0444 | *E-FILED 6/15/06* |

Attorneys for Plaintiff

KEVIN V. RYAN (CA SBN 118321)
United States Attorney
JOANN M. SWANSON (CA SBN 88143)
Chief, Civil Division
CLAIRE T. CORMIER (CA SBN 154364)
Assistant United States Attorney
   150 Almaden Blvd., Suite 900
   San Jose, CA 95113-2009
   Telephone:  408-535-5082

Attorneys for Defendant

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| BROOKE McLAUGHLIN, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>    Defendant. )<br>_____) | **No. C-04-0960 RS**<br><br>**STIPULATION TO CONTINUE CERTAIN PRETRIAL DEADLINES, AND [PROPOSED] ORDER** |

    IT IS HEREBY STIPULATED AND AGREED by and between the parties, by and through their respective undersigned attorneys, as follows:

    Prior to the previous deadline for disclosure of experts, plaintiff's counsel contacted defendant's counsel to ask for an extension of time for completion of an expert report.  Plaintiff's counsel offered to likewise extend defendant's deadline.  Defendant's counsel agreed.  The extension for defendant's expert disclosure is longer than plaintiff's due to defendant's counsel's upcoming prepaid vacation.  Other deadlines were extended accordingly, but this request for extended deadlines does not impact the dates for filing pretrial statements, the pretrial conference, or the trial of this case.

//

Accordingly, the parties request the following changes to the pretrial schedule:

| Event | Previous Date | Requested Date |
|---|---|---|
| Plaintiff's Expert Disclosure and Reports re liability | June 9, 2006 | June 23, 2006 |
| Defendant's Expert Disclosure and Reports re liability | June 23, 2006 | July 18, 2006 |
| Completion of all fact and expert discover re liability | August 4, 2006 | August 18, 2006 |
| Last day to hear dispositive motions | September 20, 2006 | September 27, 2006 |

IT IS SO STIPULATED.

Respectfully submitted,

THE CARTWRIGHT LAW FIRM, INC.                    KEVIN V. RYAN
                                                 United States Attorney


 /s/ Gary Loftis (for)                            /s/ Claire T. Cormier
Robert E. Cartwright, Jr.                        Claire T. Cormier
                                                 Assistant United States Attorney

Dated: June 15 , 2006                            Dated: June 15, 2006


# O R D E R

PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, IT IS SO ORDERED.

Date: 6/15/06

Hon. RICHARD SEEBORG
United States Magistrate Judge