ROBERT E. CARTWRIGHT, JR., ESQ. (SBN: 104284)
The Cartwright Law Firm, Inc.
222 Front Street, 5th Floor
San Francisco, CA 94111
Phone: (415) 433-0444
Facsimile: (415) 433-0449

*E-FILED 7/24/06*

Attorneys for Plaintiff Brooke McLaughlin


KEVIN V. RYAN (SBN: 118321)
United States Attorney
JOANN M. SWANSON (SBN: 88143)
Chief, Civil Division
CLAIRE T. CORMIER (SBN: 154364)
Assistant United States Attorney
150 Almaden Blvd., Ste 900
San Jose, CA 95113-2009
Phone: 408-535-5082

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BROOKE MCLAUGHLIN,<br><br>　　　Plaintiff,<br><br>　　　Vs.<br><br>UNITED STATES OF AMERICA,<br><br>　　　Defendant. | CASE NO.: C 04-0960 RS<br><br>**STIPULATION TO CONTINUE MOTION FOR SUMMARY JUDGMENT AND TO CONTINUE CHANGE BRIEFING SCHEDULE ACCORDINGLY; [~~PROPOSED~~] ORDER** |

**STIPULATION TO CONTINUE MOTION FOR SUMMARY JUDGMENT AND TO CONTINUE CHANGE BRIEFING SCHEDULE ACCORDINGLY; [PROPOSED] ORDER**

Page 1

IT IS HEREBY STIPULATED AND AGREED by and between the parties, by and through their respective undersigned attorneys, as follows:

On or about July 20, 2006, Plaintiff's counsel was advised by Defense Counsel that Plaintiff's Opposition to Defendant's Motion for Summary Judgment was due on July 19, 2006.  Plaintiff's failure to file her opposition was due to a clerical error, in which Plaintiff's deadline to file her opposition was calendared in accordance with California Code of Civil Procedure, rather that the appropriate Federal Rules of Civil Procedure.  Plaintiff's counsel requested, and Defense counsel has graciously agreed, to reschedule the hearing on said motion and to reschedule briefing deadlines.

Accordingly, the parties request the following changes to the current hearing on Defendant's Motion for Summary Judgment:

1.Plaintiff's Deadline for filing opposition to MSJ:August 4, 2006

2.Defendant's Reply:August 18, 2006

3.Hearing:September 6, 2006

IT IS SO STIPULATED.

Respectfully submitted,

THE CARTWRIGHT LAW FIRM, INC.


_____/S/_____
Robert E. Cartwright, Jr.

Dated:  July 24, 2006

**STIPULATION TO CONTINUE MOTION FOR SUMMARY JUDGMENT AND TO CONTINUE CHANGE BRIEFING SCHEDULE ACCORDINGLY; [PROPOSED] ORDER**

KEVIN V. RYAN
United States Attorney


\_\_\_\_\_/S/_____
Claire T. Cormier
Assistant United States Attorney

Dated: July 24, 2006

**ORDER**

PURSUANT TO STIPULATIN AND GOOD CAUSE APPEARING, IT IS SO ORDERED.

Date: July 24, 2006                    _____
                                        Hon. RICHARD SEEBORG
                                        United States Magistrate Judge

**STIPULATION TO CONTINUE MOTION FOR SUMMARY JUDGMENT AND TO CONTINUE CHANGE BRIEFING SCHEDULE ACCORDINGLY; [PROPOSED] ORDER**