*E-Filed 10/04/06*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BROOKE MCLAUGHLIN, | NO. C 04-00960 RS |
| Plaintiff, | **SCHEDULING ORDER** |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

Defendant United States of America's motion for summary judgement has been heard and is presently under submission. Pending a ruling on that motion, all pretrial and trial dates in this action are hereby vacated. If the motion is denied in whole or in part, new dates will be set.

IT IS SO ORDERED.

Dated: October 4, 2006

RICHARD SEEBORG
United States Magistrate Judge

SCHEDULING ORDER
C 04-00960 RS

1